The LI SECOND FAMILY LIMITED
PARTNERSHIP, Plaintiff/Counter-
claim Defendant–Appellant,

and

Chou H. LI, Counterclaim
Defendant–Appellant,

v.

TOSHIBA CORPORATION and Toshiba
America Electronic Components, Inc.,
Defendants/Counterclaimants–Appel-
lees.

No. 02–1157.

United States Court of Appeals,
Federal Circuit.

April 3, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).